# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES-GENERAL

Case No.  CV 15-3222-WDK (PLAx)                                                Date January 26, 2016

Title:   J & J Sports Productions, Inc. v. Angel Nieves Solano, et al.

----------------------------------------------------------------------------------------------------

PRESENT:  THE HONORABLE   PAUL L. ABRAMS

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

ATTORNEYS PRESENT FOR PLAINTIFFS:                ATTORNEYS PRESENT FOR DEFENDANTS:
NONE                                                                    NONE

PROCEEDINGS:        (ORDER TO SHOW CAUSE)

By Order dated October 12, 2015, the parties were advised that a mediation must be concluded no later than July 13, 2016.  On November 16, 2015, a Notice of Mediation Date was filed advising the parties that a mediation was scheduled for Friday, January 22, 2016, at 12:00 p.m.  A Mediation Report was filed on January 25, 2016, by the ADR Director, indicating that defendant did not appear at the scheduled mediation.  Accordingly, **defendant is ordered to show cause, no later than February 8, 2016, why monetary sanctions should not be imposed on defendant for failure to comply with this Court's October 12, 2015, Order**.

cc:    Hon. William D. Keller
         Gail Killefer, ADR Coordinator
         Thomas P. Riley, Esq.
         Angel Nieves Solano, Pro Se

Initials of Deputy Clerk   ch